## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK  DIVISION

**SHEWAFERAW S. SHIBESHI**                                              **PLAINTIFF**

**V.**                           **CASE NO.  4:11CV00513 JMM**

**PHILANDER SMITH COLLEGE**                                            **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged

that Plaintiff's Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED THIS   30    day of    September   , 2011.**

_____
**James M. Moody**
**United States District Judge**